# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0907.  BAPTIST v. THE STATE.**

Appellant Marvin Baptist has moved to remand this appeal to the superior court for supplementation of the record. Appellant asserts that, due to an oversight, the transcript of the motion for new trial has not been completed or transmitted to this court. Therefore, it is hereby

ORDERED, that appellant's motion is GRANTED and this case is REMANDED to the Superior Court of Clayton County so that the record may be corrected.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 01/23/2013
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

 *, Clerk.*